No. 1079. THE DARIUS COLE TRANSPORTATION COMPANY, PETITIONER, *v.* THE WHITE STAR LINE. April 22,

1912.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George L. Canfield* and *Mr. F. H. Canfield* for the petitioner.  *Mr. William J. Gray* for the respondent.

---

